UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 2:24-cv-1149 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| J. HILL, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 23, 2024, the Magistrate Judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 3.  The Court observes that this procedure is sufficient to constitute notice to the Plaintiff of the potential disqualification under 28 U.S.C. 1915(g) as required by *Andrews v. King*, 398 F.3d 1113, 1120.  Plaintiff has not filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS

1

HEREBY ORDERED that:

    1. The findings and recommendations (ECF No. 3) are adopted in full;

    2. Within thirty days of the service of this order, Plaintiff shall pay the entire $405.00 in required fees or face dismissal of this case; and

    3. This matter is referred back to the assigned Magistrate Judge for all further pretrial proceedings.

    IT IS SO ORDERED.

Dated: **June 7, 2024**

/s/ Daniel J. Calabretta
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Blac1149.800

2