UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. HILL, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-1149 DJC AC P<br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. By order filed June 7, 2024, Plaintiff was ordered to pay the filing fee within thirty days and was cautioned that failure to do so would result in dismissal of this action. ECF No. 6. Thirty days have now passed and Plaintiff has not paid the filing fee.

　　　　Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:　**August 14, 2024**

　　　　　　　　　　　　　　　　　　　　/s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　Hon. Daniel J. Calabretta
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28